**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 13, 2026

Mark Langenbach Bailey
University of Georgia School of Law
First Amendment Clinic
225 HERTY DR
PO BOX 388
ATHENS, GA 30602

Celin Carlo-Gonzalez
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Aaron Saul Fleisher
Southern Poverty Law Center
400 WASHINGTON AVE
MONTGOMERY, AL 36104

Ashley Gorski
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Charles Hogle
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Scott Daniel McCoy
Southern Poverty Law Center
2 S BISCAYNE BLVD STE 3750
MIAMI, FL 33131

Kayla Polonsky Gannon
Bondurant Mixson & Elmore, LLP
1201 W PEACHTREE ST NW STE 3900
ATLANTA, GA 30309

Hina Shamsi
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Mary Ella Wright Simmons
Southern Poverty Law Center
201 ST CHARLES AVE STE 2000
NEW ORLEANS, LA 70170

Natalie Smith
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Diego Armando Soto
Southern Poverty Law Center
150 E PONCE DE LEON AVE STE 340
DECATUR, GA 30030

Jeffrey Samuel Stein
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Daniel Boaz Tilley
ACLU Foundation of Florida, Inc.
4343 W FLAGLER ST STE 400
MIAMI, FL 33134

Patrick Toomey
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Manoj S. Varghese
Bondurant Mixson & Elmore, LLP
1201 W PEACHTREE ST NW STE 3900
ATLANTA, GA 30309

Appeal Number: 26-14146-G
Case Style: Cair Foundation, et al v. Governor of Florida, et al
District Court Docket No: 4:26-cv-00521-AW-MAF

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action