No. 26-14146

# In the United States Court of Appeals for the Eleventh Circuit

CAIR-FOUNDATION, INC. et al.,

*Plaintiffs-Appellants*,

v.

RON DESANTIS, et al.,

*Defendants-Appellees*.

## DEFENDANTS-APPELLEES' MOTION FOR LEAVE TO EXCEED WORD LIMIT

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, NO. 4:26-CV-521 (WINSOR, J.)

CHARLES J. COOPER (No. 248070DC)
JOHN D. RAMER (NO. 90002236DC)
RILEY W. WALTERS
(No. 90008638DC)

**COOPER & KIRK, PLLC**
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
ccooper@cooperkirk.com

JAMES UTHMEIER
*Attorney General*
DAVID M.S. DEWHIRST (FBN 1076928)
*Solicitor General*
JASON J. MUEHLHOFF (FBN 1076410)
*Chief Deputy Solicitor General*
TYLER E. GUSTAFSON (FBN 1049292)
*Assistant Solicitor General*

**OFFICE OF THE ATTORNEY GENERAL**
The Capitol, PL-01
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
david.dewhirst@myfloridalegal.com

*Counsel for Defendants–Appellees*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Defendants-Appellees certify that the following individuals and entities may have an interest in the outcome of this case or appeal:

1. American Civil Liberties Union Foundation, *Attorney for Plaintiffs-Appellants*
2. American Civil Liberties Union Foundation of Florida, *Attorney for Plaintiffs-Appellants*
3. Bailey, Mark Langenbach, *Attorney for Plaintiffs-Appellants*
4. Bakkedahl, Thomas, *Defendant-Appellee*
5. Bartlett, Bruce, *Defendant-Appellee*
6. Basford, Larry, *Defendant-Appellee*
7. Bondurant, Mixson & Elmore, LLP, *Attorney for Plaintiffs-Appellants*
8. Brodsky, Ed, *Defendant-Appellee*
9. CAIR Florida, Inc., *Plaintiff-Appellant*
10. CAIR-Foundation, Inc., *Plaintiff-Appellant*
11. Campbell, Jack, *Defendant-Appellee*
12. Carlo-Gonzalez, Celin Alejandra, *Attorney for Plaintiffs-Appellants*
13. Cooper & Kirk, PLLC, *Attorney for Defendants-Appellees*
14. Cooper, Charles J., *Attorney for Defendants-Appellees*

15. Cox, Alexcia, *Defendant-Appellee*

16. Craine, Jessica Paige, *Attorney for Defendants-Appellees*

17. DeSantis, Ron, *Defendant-Appellee*

18. Dewhirst, David Morgan Steven, *Attorney for Defendants-Appellees*

19. Durrett, John, *Defendant-Appellee*

20. Fleisher, Aaron Saul, *Attorney for Plaintiffs-Appellants*

21. Florida Attorney General's Office, *Attorney for Defendants-Appellees*

22. Fox, Amira, *Defendant-Appellee*

23. Gannon, Kayla Polonsky, *Attorney for Plaintiffs-Appellants*

24. Gladson, Bill, *Defendant-Appellee*

25. Gorski, Ashley Marie, *Attorney for Plaintiffs-Appellants*

26. Gustafson, Tyler Evan, *Attorney for Defendants-Appellees*

27. Haas, Brian, *Defendant-Appellee*

28. Hogle, Charles, *Attorney for Plaintiffs-Appellants*

29. Ingoglia, Blaise, *Defendant-Appellee*

30. Keefe, Larry, *Defendant-Appellee*

31. Kramer, Brian, *Defendant-Appellee*

32. Larizza, R.J., *Defendant-Appellee*

33. Lopez, Susan, *Defendant-Appellee*

34. Madden, Ginger Bowden, *Defendant-Appellee*

35. McCoy, Scott D., *Attorney for Plaintiffs-Appellants*
36. Moss, Nicole Jo, *Attorney for Defendants-Appellees*
37. Muehlhoff, Jason John, *Attorney for Defendants-Appellees*
38. Nelson, Melissa, *Defendant-Appellee*
39. Pryor, Harold, *Defendant-Appellee*
40. Ramer, John Duross, *Defendant-Appellee*
41. Rundle, Katherine Fernandez, *Defendant-Appellee*
42. Scheiner, William, *Defendant-Appellee*
43. Shamsi, Hina, *Attorney for Plaintiffs-Appellants*
44. Simmons, Mary Ella Wright, *Attorney for Plaintiffs-Appellants*
45. Simpson, Wilton, *Defendant-Appellee*
46. Smith, Natalie Grace Mary, *Attorney for Plaintiffs-Appellants*
47. Soto, Diego Armando, *Attorney for Plaintiffs-Appellants*
48. Southern Poverty Law Center, *Attorney for Plaintiffs-Appellants*
49. Tilley, Daniel Boaz, *Attorney for Plaintiffs-Appellants*
50. Toomey, Patrick Christopher, *Attorney for Plaintiffs-Appellants*
51. Uthmeier, James, *Defendant-Appellee*
52. Varghese, Manoj Sam “Sachin”, *Attorney for Plaintiffs-Appellants*
53. Walters, Riley William, *Attorney for Defendants-Appellees*
54. Ward, Dennis, *Defendant-Appellee*

55. Winsor, Hon. Allen, *District Court Judge for the Northern District of Florida and District Court Judge in the Above-Captioned Case*

56. Worrell, Monique, *Defendant-Appellee*

Defendants-Appellees are government officials sued in their official capacities and are not required to file a corporate disclosure statement under Federal Rule of Appellate Procedure 26.1(a). To Defendants-Appellees' knowledge, no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: November 18, 2026

*/s/ Charles J. Cooper*
Charles J. Cooper
COOPER & KIRK, PLLC
Telephone: (202) 220-9600
ccooper@cooperkirk.com

# MOTION FOR LEAVE TO EXCEED WORD LIMIT

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), and consistent with the enlargement previously granted to Plaintiffs-Appellants, Defendants-Appellees respectfully request permission to exceed, by 2,750 words, the 5,200-word limit for their response in opposition to Plaintiffs-Appellants' Time-Sensitive Motion for Injunction Pending Appeal. Plaintiffs-Appellants ask this Court to enjoin, pending appeal, their designations as domestic terrorist organizations and the enforcement of numerous provisions of Florida law.

Plaintiffs-Appellants previously sought leave to file a motion of up to 7,950 words, citing the length of the district court's opinion, the complexity of the constitutional and statutory questions presented, and the nature of the statutory scheme. *See* Mot. for Leave to Exceed Word Limit, ECF No. 4-1 at 1. Plaintiffs-Appellants also stated that they would not oppose the same extension of the word limit for Defendants-Appellees' response. *Id.* at 2. The Court granted Plaintiffs-Appellants' motion on November 13, 2026 (ECF No. 16).

Defendants-Appellees respectfully request the same enlargement of the word limit—up to 7,950 words—for their opposition to Plaintiffs-Appellants' Time-Sensitive Motion for an Injunction Pending Appeal so that they can fully respond to Plaintiffs-Appellants' arguments. As noted, Plaintiffs-Appellants do not oppose this motion.

DATED: November 18, 2026

Respectfully submitted,

JAMES UTHMEIER
*Attorney General*

*/s/ Charles J. Cooper*
CHARLES J. COOPER (No. 248070DC)
JOHN D. RAMER (NO. 90002236DC)
RILEY W. WALTERS
(No. 90008638DC)

**COOPER & KIRK, PLLC**
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
ccooper@cooperkirk.com

*/s/ David M.S. Dewhirst*
DAVID M.S. DEWHIRST (FBN 1076928)
*Solicitor General*
JASON J. MUEHLHOFF (FBN 1076410)
*Chief Deputy Solicitor General*
TYLER E. GUSTAFSON (FBN 1049292)
*Assistant Solicitor General*

**OFFICE OF THE ATTORNEY GENERAL**
The Capitol, PL-01
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
david.dewhirst@myfloridalegal.com

*Counsel for Defendants–Appellees*

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of FED. R. APP. P. 27(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 32(f), it contains 198 words.

This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: November 18, 2026

*/s/ Charles J. Cooper*
Charles J. Cooper
COOPER & KIRK, PLLC
Telephone: (202) 220-9600
ccooper@cooperkirk.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on November 18, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 18, 2026

*/s/ Charles J. Cooper*
Charles J. Cooper
COOPER & KIRK, PLLC
Telephone: (202) 220-9600
ccooper@cooperkirk.com