In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-14146

---

CAIR FOUNDATION,
CAIR-FLORIDA INC,

*Plaintiffs-Appellants,*

*versus*

GOVERNOR OF FLORIDA,
FLORIDA CHIEF OF DOMESTIC SECURITY,
ATTORNEY GENERAL OF FLORIDA,
CHIEF FINANCIAL OFFICER,
STATE OF FLORIDA, et al.,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:26-cv-00521-AW-MAF

---

ORDER:

Appellees' motion for leave to exceed the word limit is GRANTED. Appellees may file a response of up to 7,950 words to Appellants' motion for an injunction pending appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION