# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. 26-14146

CAIR-Foundation, Inc., et al. vs. Ron DeSantis,et al.

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

See attached addendum.

These individuals/entities are:

- ☐ appellant(s)
- ☐ petitioner(s)
- ☐ intervenor(s)
- ☑ appellee(s)
- ☐ respondent(s)
- ☐ amicus curiae

☑ The following related or similar cases are pending in this court:
CAIR Foundation,et al. v. Ronald DeSantis,Governor,State of Florida (26-10735)

☐ Check here if you are lead counsel.

~~I~~hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: DC State Bar No.: 472424

Signature: /s/ Nicole J. Moss

Name (type or print): Nicole J. Moss Phone: (202) 220-9600

Firm/Govt. Office: Cooper & Kirk, PLLC E-mail: nmoss@cooperkirk.com

Street Address: 1523 New Hampshire Ave. NW Fax: (202) 220-9601

City: Washington State: DC Zip: 20036

**ADDENDUM OF REPRESENTED PARTIES**

*CAIR Foundation, et al. v. Governor of Florida, et al.*, No. 26-14146 (11th Cir.)
On appeal from No. 4:26-cv-00521-AW-MAF (N.D. Fla.)

The undersigned counsel represents all Defendants-Appellees, each sued in his or her official capacity. Because of the number of parties, the Eleventh Circuit docket does not list every Defendant-Appellee. Names below appear as they do on the district court docket.

**Statewide Officers**

1. Ron DeSantis, in his official capacity as Governor of Florida
2. Larry Keefe, in his official capacity as Florida Chief of Domestic Security
3. James Uthmeier, in his official capacity as Florida Attorney General
4. Blaise Ingoglia, in his official capacity as Florida Chief Financial Officer
5. Wilton Simpson, in his official capacity as Florida Commissioner of Agriculture

**State Attorneys**

1. Ginger Bowden Madden, in her official capacity as State Attorney for the 1st Judicial Circuit
2. Jack Campbell, in his official capacity as State Attorney for the 2nd Judicial Circuit
3. John Durrett, in his official capacity as State Attorney for the 3rd Judicial Circuit
4. Melissa Nelson, in her official capacity as State Attorney for the 4th Judicial Circuit
5. Bill Gladson, in his official capacity as State Attorney for the 5th Judicial Circuit
6. Bruce Bartlett, in his official capacity as State Attorney for the 6th Judicial Circuit
7. R.J. Larizza, in his official capacity as State Attorney for the 7th Judicial Circuit
8. Brian Kramer, in his official capacity as State Attorney for the 8th Judicial Circuit

9. Monique Worrell, in her official capacity as State Attorney for the 9th Judicial Circuit
10. Brian Haas, in his official capacity as State Attorney for the 10th Judicial Circuit
11. Katherine Fernandez Rundle, in her official capacity as State Attorney for the 11th Judicial Circuit
12. Ed Brodsky, in his official capacity as State Attorney for the 12th Judicial Circuit
13. Susan Lopez, in her official capacity as State Attorney for the 13th Judicial Circuit
14. Larry Basford, in his official capacity as State Attorney for the 14th Judicial Circuit
15. Alexcia Cox, in her official capacity as State Attorney for the 15th Judicial Circuit
16. Dennis Ward, in his official capacity as State Attorney for the 16th Judicial Circuit
17. Harold Pryor, in his official capacity as State Attorney for the 17th Judicial Circuit
18. William Scheiner, in his official capacity as State Attorney for the 18th Judicial Circuit
19. Thomas Bakkedahl, in his official capacity as State Attorney for the 19th Judicial Circuit
20. Amira Fox, in her official capacity as State Attorney for the 20th Judicial Circuit