No. 26-14146

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

CAIR-FOUNDATION, INC., et al.,

*Plaintiffs–Appellants*,

v.

RON DESANTIS, et al.,

*Defendants–Appellees*.

On Appeal from the United States District Court
for the Northern District of Florida, No. 4:26-cv-521 (Winsor, J.)

# PLAINTIFFS–APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT FOR REPLY BRIEF IN SUPPORT OF TIME-SENSITIVE MOTION FOR INJUNCTION PENDING APPEAL

Ashley Gorski
Hina Shamsi
Patrick Toomey
Charles Hogle
Celin Carlo-Gonzalez
Natalie Smith
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org

Daniel B. Tilley (FBN 102882)
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714

Scott D. McCoy
Aaron Fleisher
Diego A. Soto
Mary Ella W. Simmons
**SOUTHERN POVERTY LAW CENTER**
400 Washington Ave
Montgomery, AL 31604
(786) 347-2056
scott.mccoy@splcenter.org

Manoj S. "Sachin" Varghese
Mark L. Bailey
Kayla Polonsky Gannon
**BONDURANT, MIXSON & ELMORE, LLP**
1201 W. Peachtree St. NW, Ste. 3900
Atlanta, GA 30309

*Continued on next page*

dtilley@aclufl.org

(404) 881-4100
varghese@bmelaw.com

*Attorneys for Plaintiffs–Appellants*

# UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT FOR REPLY BRIEF IN SUPPORT OF TIME-SENSITIVE MOTION FOR INJUNCTION PENDING APPEAL

Pursuant to Federal Rule of Appellate Procedure 27, Plaintiffs–Appellants respectfully request permission to file a reply brief of 3,975 words—one-half the size of their principal brief—in support of their time-sensitive motion for an injunction pending appeal.

The Court previously granted Plaintiffs–Appellants' motion to file a principal brief of 7,950 words in support of their motion for an injunction pending appeal, to the extent the Court accepts their motion, ECF No. 16, and it granted Defendants–Appellees' motion to file a response of 7,950 words, ECF No. 32. Given the complex statutory regime and constitutional questions at issue, Plaintiffs respectfully submit that the requested expansion of their reply is necessary and will aid the Court's consideration of their motion for an injunction pending appeal. Plaintiffs have endeavored to shorten their reply as much as possible prior to making this request.

Defendants consent to this motion.

Dated: November 25, 2026

Respectfully submitted,

*/s/ Ashley Gorski*

Ashley Gorski
Hina Shamsi
Patrick Toomey
Charles Hogle
Celin Carlo-Gonzalez
Natalie Smith
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org

Daniel B. Tilley
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

Scott D. McCoy
Aaron Fleisher
Diego A. Soto
Mary Ella W. Simmons
**SOUTHERN POVERTY LAW CENTER**
400 Washington Ave
Montgomery, AL 31604
(786) 347-2056
scott.mccoy@splcenter.org

Manoj S. "Sachin" Varghese
Mark L. Bailey
Kayla Polonsky Gannon
**BONDURANT, MIXSON & ELMORE, LLP**
1201 W. Peachtree St. NW, Ste. 3900
Atlanta, GA 30309
(404) 881-4100
varghese@bmelaw.com

*Attorneys for Plaintiffs–Appellants*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies as follows:

1. This motion complies with the word limit of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure because, excluding the parts of the document exempted by Rule 32(f), it contains 168 words.

2. This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it was prepared using Microsoft Word and is set in 14-point Times New Roman, a proportionally spaced typeface.

Dated: November 25, 2026

*/s/ Ashley Gorski*
Ashley Gorski
American Civil Liberties Union Foundation

*Attorney for Plaintiffs–Appellants*